IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DWAYNE MICHAEL FUNK, ) | |
| ) | |
| Plaintiff, ) | Case No. CIV-25-150-GLJ |
| v. ) | |
| ) | |
| FRANK J. BISIGNANO, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## OPINION AND ORDER

Claimant, Dwayne Michael Funk, was the prevailing party in this action under the Social Security Act. Claimant seeks an award of attorney's fees in the amount of $6,707.70 for 26.10 hours of attorney work. Docket No. 18, Ex. 1. The Commissioner has no objection to the requested fee. Docket No. 19.

Upon review of the record herein, the Court finds that the requested amount is reasonable, and that the Commissioner should be ordered to pay it to Claimant as the prevailing party herein. *See* 28 U.S.C. § 2412(d)(1)(A) ("Except as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses, in addition to any costs awarded pursuant to subsection (a), incurred by that party in any civil action (other than cases sounding in tort)[.]"); *see also Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007) ("The EAJA therefore permits attorney's fees reimbursement to financially eligible prevailing parties, who make a proper application, and not to their attorneys.").

Accordingly, IT IS ORDERED that Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act [Docket No. 18] is hereby GRANTED. The Government is hereby ordered to pay the aforementioned fee award to Claimant as the prevailing party herein. IT IS FURTHER ORDERED that if Claimant's attorney is subsequently awarded any fees pursuant to 42 U.S.C. § 406(b)(1), said attorney shall refund the smaller amount of such fees to the Claimant pursuant to *Weakley v. Bowen,* 803 F.2d 575, 580 (10th Cir. 1986).

**DATED** this 4th day of December 2025.

GERALD L. JACKSON
**UNITED STATES MAGISTRATE JUDGE**